IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRWIN LIGGINS, SR., | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 12-271 |
| COMMONWEALTH of PENNSYLVANIA, et al. | ) ) ) |
| Respondents | ) |

## ORDER

AND NOW, this 9th day of May, 2012, after the Petitioner, Irwin Liggins, Sr., filed a petition for writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon written review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for writ of habeas corpus filed by Petitioner (Docket No. 1) is dismissed and a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the Petitioner

desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Nora Barry Fischer
United States District Judge

cc: Irwin Liggins, Sr.
    EP6485
    165 S.C.I. Lane
    Greensburg, PA 15601